UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DAVINA LYNN PETCHONKA,            )
                                 )
             Plaintiff,          )
                                 )
      v.                         )        1:10-cv-00195-JAW
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
             Defendant.          )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended

Decision filed March 25, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision

be VACATED and the case REMANDED for further proceedings.


                       /s/ John A. Woodcock, Jr.
                       JOHN A. WOODCOCK, JR.
                       CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of April, 2011